# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION -- LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>MARVIN COLLINS,<br>    Defendant. | CRIMINAL NO. 6:12-59-KKC-HAI-8<br><br><br>**ORDER** |

    This matter is before the Court on United States Magistrate Judge Hanly Ingram's recommended disposition considering a reported violation of a supervised release condition by defendant Marvin Collins. (DE 706). Collins has filed a notice with the Court stating that he does not intend to challenge or appeal Magistrate Judge Ingram's recommended disposition. (DE 709).

    Accordingly, having reviewed Magistrate Judge Ingram's recommended disposition and agreeing with the analysis therein, the Court hereby **ORDERS** that Magistrate Judge Ingram's recommended disposition (DE 706) is **ADOPTED** as the Court's opinion.

    In his notice, Collins requests that this Court recommend to the Bureau of Prisons that he serve his sentence at FMC Lexington. (DE 709). Such a recommendation will be incorporated into a judgment consistent with Magistrate Judge Ingram's recommendation. The Court will enter the judgment separately.

    Dated July 26, 2017.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY