UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION -- LONDON

| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| --- | --- |
| Plaintiff, | NO. 6:12-CR-59-KKC |
| V. | **ORDER** |
| MARVIN COLLINS, | |
| Defendant. | |

This matter is before the Court on the recommended disposition of United States Magistrate Judge Hanly A. Ingram concerning Defendant Marvin Collins's reported violations of his supervised release conditions. [DE 765.] The matter was referred to Magistrate Judge Ingram to conduct a final revocation hearing and issue a recommendation. Magistrate Judge Ingram conducted the final revocation hearing on November 16, 2018 [DE 764] and issued a recommended disposition on November 21, 2018. [DE 765.]

Defendant Collins did not object to the recommended disposition and has now waived his right to appear before a district judge and to make a statement and present information in mitigation. [DE 768.] Accordingly, and with the Court being otherwise sufficiently advised, it is hereby **ORDERED** that the recommended disposition [DE 765] is **ADOPTED** as the Court's opinion. Judgment will be entered consistent with the recommendation.

Dated January 17, 2019.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY