UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MARVIN COLLINS,<br>    Defendant. | CRIMINAL NO. 6:12-59-KKC-HAI<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a recommended disposition in which the Magistrate Judge makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release (DE 812). No party has filed objections to the recommendation, and the defendant has waived his right to appear before the district judge and to make a statement and present mitigating information (DE 813).

Accordingly, the Court hereby ORDERS that the recommended disposition is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

Dated November 03, 2020

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY